Hon. W.A. Messer, February 9, 1939, Page 3

sell such beverages during prohibited hours, and that
a holder of a Retail Dealer's License or a Wine and
Beer Retailer's Permit, who only sells barbecued meat
on Sundays, is not normally engaged in the sale of food
and other commodities for human consumption as contemplat-
ed by Section 10a, Article 2 of the Texas Liquor Control
Act.

Trusting the foregoing answers your inquiry,
we remain

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Ardell Williams
Assistant

AW:ob

APPROVED:

ATTORNEY GENERAL OF TEXAS